IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA BERG : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-5980 |
| ACCESS GROUP, INC., ET AL. : | |

### ORDER

**AND NOW**, this 26th day of September , 2014, upon consideration of Defendants Access Group, Inc., and PNC Financial Services Group, Inc.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 22), Defendant Kentucky Higher Education Student Loan Corporation's ("KHESLC") Motion to Dismiss Plaintiff's Complaint (ECF No. 21), and Plaintiff Tamara Berg's Motion to Dismiss Access Group, Inc.'s Counterclaims (ECF No. 28) and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants Access Group, Inc., and PNC Financial Services Group, Inc.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 22) is **GRANTED**. Counts I-V of Plaintiff's Complaint are dismissed as to all Defendants.

2. Defendant KHESLC's Motion to Dismiss Plaintiff's Complaint (ECF No. 21) is **GRANTED**. Count VI is dismissed as to KHESLC, and KHESLC is dismissed from this action.

3. Plaintiff Tamara Berg's Motion to Dismiss Access Group, Inc.'s Counterclaims (ECF No. 28) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

**/s/ R. BARCLAY SURRICK, J.**