IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA BERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-5980 |
| ACCESS GROUP, INC., ET AL. | : | |

## ORDER

**AND NOW**, this  16th   day of January, 2015, upon consideration of Plaintiffs' Motion for Leave to Amend Complaint (ECF No. 47), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED** as to its proposed Third Cause of Action for Intentional Misrepresentation.

2. Plaintiff's Motion is **DENIED** in all other respects.

**IT IS SO ORDERED.**

BY THE COURT:

**R. BARCLAY SURRICK, J.**